1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3717
7  Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                  OAKLAND DIVISION

13 | UNITED STATES OF AMERICA, | ) | Case No. 07-70574 WDB |
|---|---|---|
14 | Plaintiff, | ) | STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR |
15 | v. | ) | PRELIMINARY HEARING |
16 | MICHAEL MARTIN, et al., | ) | Date: October 19, 2007 |
|   |   | ) | Time: 10:00 a.m. |
17 | Defendants. | ) |   |
|   |   | ) | Before the Honorable Wayne D. Brazil |

19     This matter is set to come before the Court for Preliminary Hearing or Arraignment on
20 October 19, 2007 at 10:00 a.m. The United States has provided a substantial amount of
21 discovery to defendants' counsel and will be providing additional discovery shortly. The parties
22 had originally agreed to waive two days, such that the preliminary hearing could be held on
23 October 19, 2007, which would allow counsel to review the discovery before further charging
24 decisions are made. In light of the Court's unavailability on October 19, 2007, Michael Martin,
25 Jessica Sanders, and Michael Anderson have agreed to waive the necessary additional time under
26 Fed. R. Crim. P. 5 and the Speedy Trial Act, 18 U.S.C. § 3161, such that the preliminary hearing
27 date is extended to October 26, 2007 at 10 a.m.
28

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70574 WDB                    1

1    For the same reasons, the remaining defendant, Diallo McLinn also agrees to waive the
2 additional time necessary to allow the preliminary hearing to occur on October 26, 2007.  None
3 of the defendants are in custody and this is the first stipulation by the parties.
4    As indicated by Mr. McLinn signature, he has consulted with his attorneys and
5 understand that he has the right to a preliminary hearing or that further charging documents be
6 presented and filed with the Court on the day of or before his preliminary hearing.  Pursuant to
7 Fed. R. Crim. P. 5.1(d), Mr. McLinn knowingly and voluntarily waive his rights to a preliminary
8 hearing on October 19, 2007 and agrees to extend the time for a preliminary hearing until
9 October 26, 2007 at 10:00 a.m.  The parties also agree that there is good cause present to grant
10 the extension in light of the discovery provided and additional discovery to be provided, and for
11 the defendant's counsel to effectively prepare.
12     The parties also jointly request that the time between October 19, 2007 and October 26,
13 2007 be excluded under the Speedy Trial Clock to allow Mr. McLinn's counsel to review the
14 discovery to be provided and effectively prepare taking into account the exercise of due
15 diligence.  See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
16 "ends of justice served by the granting of such continuance outweigh the best
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70574 WDB                    2

1  interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

2  DATED: October 16, 2007,

3  Respectfully submitted,

4  SCOTT N. SCHOOLS
United States Attorney

6   /s/                                                                   /s/
H. H. (SHASHI) KEWALRAMANI          LEWIS ROMERO
Assistant United States Attorney                    Attorney for Diallo McLinn
7  Attorney for the United States

8                                                                          /s/
DIALLO MCLINN
9                                                                          Defendant

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70574 WDB                    3