SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

FILED

OCT 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-70574 WDB |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING |
| v. | |
| MICHAEL MARTIN, et al., | Date: October 19, 2007 |
| Defendants. | Time: 10:00 a.m. |
| | Before the Honorable Wayne D. Brazil |

[PROPOSED] ORDER

    Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time between October 19, 2007 through October 26, 2007 from the Speedy Trial Clock. The Stipulation was signed by counsel of record as well as the defendant, Mr. McLinn knowingly and voluntarily waiving his rights to a preliminary hearing on October 19, 2007, and extending the preliminary hearing until October 26, 2007. The Stipulation also noted that the United States provided discovery to the defendant's attorneys. This information will allow the defendant's attorneys to

1  better evaluate the case and assist in preparing a defense. Counsel also acknowledged that an
2  exclusion of time under the Speedy Trial Clock is appropriate to allow for the effective
3  preparation of defense counsel taking into account the exercise of due diligence. Good cause
4  appearing therefor,

5  **IT IS HEREBY ORDERED** that the period of time between October 19, 2007 and
6  October 26, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively
7  prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The
8  Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the
9  best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).
10 Additionally, the Court finds that the defendant, Mr. McLinn, knowingly and voluntarily waived
11 the period between October 19, 2007 and October 26, 2007 , such that preliminary hearing is
12 now scheduled for October 26, 2007 at 10:00 a.m.

13 DATED: 10-17-07

WAYNE D. BRAZIL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70574 WDB                      2