1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, California 94612
7  Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                             OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   Case No. 07-70574 WDB
                                     )
14        Plaintiff,                 )   SECOND STIPULATION TO WAIVE
                                     )   TIME UNDER SPEEDY TRIAL CLOCK
15     v.                            )   AND FOR PRELIMINARY HEARING
                                     )
16  MICHAEL MARTIN, et al.,          )   Date:   October 26, 2007
                                     )   Time:   10:00 a.m.
17        Defendants.                )
                                     )   Before the Honorable Wayne D. Brazil
18

19        This matter is set to come before the Court for Preliminary Hearing or Arraignment on
20  October 26, 2007 at 10:00 a.m.  The United States has provided approximately 1400 pages of
21  discovery to defendants' counsel and will be providing additional discovery shortly, including
22  video tapes, photographs, statements, and additional documents.  The parties had originally
23  agreed to waive nine days, such that the preliminary hearing could be held on October 26, 2007,
24  which would allow counsel to review the discovery before further charging decisions were made.
25  In light of the amount of the discovery provided, the discovery that is forthcoming, and allowing
26  counsel for the defendants to review the material to determine the possibility of a pre-Indictment
27  resolution, all of the defendants have agreed to waive the necessary additional time under Fed. R.
28

SECOND STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70574 WDB                    1

1  Crim. P. 5 and the Speedy Trial Act, 18 U.S.C. § 3161, such that the preliminary hearing date be
2  extended to December 14, 2007 at 10 a.m.  None of the defendants are in custody and this is the
3  second stipulation by the parties.
4       As indicated by the defendants' signatures, they have consulted with their attorneys and
5  understand that they have the right to a preliminary hearing or that further charging documents be
6  presented and filed with the Court on the day of or before his preliminary hearing.  Pursuant to
7  Fed. R. Crim. P. 5.1(d), the defendants knowingly and voluntarily waive their rights to a
8  preliminary hearing on October 26, 2007 and agree to extend the time for a preliminary hearing
9  until December 14, 2007 at 10:00 a.m.  The parties also agree that there is good cause present to
10 grant the extension in light of the discovery provided and additional discovery to be provided,
11 and for the defendants' counsel to effectively prepare.
12      The parties also jointly request that the time between October 26, 2007 and December
13 14, 2007 be excluded under the Speedy Trial Clock to allow defendants' counsel to review the
14 discovery to be provided and effectively prepare taking into account the exercise of due
15 diligence.  See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
16 "ends of justice served by the granting of such continuance outweigh the best
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

SECOND STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70574 WDB                        2

1 interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

2 DATED: October 23, 2007,

3 Respectfully submitted,

4 SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney
Attorney for the United States

_____/s/_____
SARA ZALKIN
Attorney for Michael Martin

_____/s/_____
MICHAEL MARTIN
Defendant

_____/s/_____
RANDOLPH DAAR
Attorney for Jessica Sanders

_____/s/_____
JESSICA SANDERS
Defendant

_____/s/_____
JEROME MATTHEWS
Attorney for Michael Anderson

_____/s/_____
MICHAEL ANDERSON
Defendant

_____/s/_____
LEWIS ROMERO
Attorney for Diallo McLinn

_____/s/_____
DIALLO MCLINN
Defendant