1    SCOTT N. SCHOOLS (SCSBN 9990)
     United States Attorney

2

3    BRIAN J. STRETCH (CABN 163973)
     Chief, Criminal Division

4    H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
     Assistant United States Attorney

5

6      1301 Clay Street, Suite 340S
      Oakland, California 94612

7      Telephone: (510) 637-3717
      Facsimile: (510) 637-3724

8      E-mail: Shashi.Kewalramani@usdoj.gov

9    Attorneys for Plaintiff

**FILED**

OCT 2 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                OAKLAND DIVISION

13    UNITED STATES OF AMERICA,     )    Case No. 07-70574 WDB
                            )

14        Plaintiff,            )    [~~PROPOSED~~] ORDER GRANTING
                            )    SECOND STIPULATION TO WAIVE

15        v.                     )    TIME UNDER SPEEDY TRIAL CLOCK
                            )    AND FOR PRELIMINARY HEARING

16    MICHAEL MARTIN, et al.,          )
                            )    Date:   October 26, 2007

17        Defendants.          )    Time:   10:00 a.m.
     _____)    Before the Honorable Wayne D. Brazil

18

19                     **[~~PROPOSED~~] ORDER**

20        Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter

21    filed a Second Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary

22    Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time

23    between October 26, 2007 through December 14, 2007 from the Speedy Trial Clock. The

24    Stipulation was signed by counsel of record as well as the defendants such that the defendants

25    knowingly and voluntarily waiving their rights to a preliminary hearing on October 26, 2007, and

26    extending the preliminary hearing until December 14, 2007. The Stipulation also noted that the

27    United States provided discovery to the defendants' attorneys and will be providing additional

28

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70574 WDB          1

1   discovery. This information will allow the defendants' attorneys to better evaluate the case and

2   assist in preparing a defense. Counsel also acknowledged that an exclusion of time under the

3   Speedy Trial Clock is appropriate to allow for the effective preparation of defense counsel taking

4   into account the exercise of due diligence. Good cause appearing therefor,

5        **IT IS HEREBY ORDERED** that the period of time between October 26, 2007 and

6   December 14, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively

7   prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The

8   Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the

9   best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

10  Additionally, the Court finds that the defendants knowingly and voluntarily waived the period

11  between October 26, 2007 and December 14, 2007 , such that preliminary hearing is now

12  scheduled for December 14, 2007 at 10:00 a.m.

13  DATED:

14      10-24-07

15

16      WAYNE D. BRAZIL
        United States Magistrate Judge

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70574 WDB       2