1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN

5

6

7

8                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9                        OAKLAND DIVISION

10

11 UNITED STATES OF AMERICA,
                                    CR 07-70574 WDB
12          Plaintiff,
                                    **FOURTH STIPULATION TO WAIVE**
13     v.                           **TIME UNDER THE SPEEDY TRIAL ACT**
                                    **WITH RESPECT TO PRELIMINARY**
14 MICHAEL MARTIN, et al.,          **HEARING AND FILING OF FURTHER**
                                    **CHARGING DOCUMENTS**
15          Defendants.
   _____/
16

17     This matter is scheduled for preliminary hearing or

18 arraignment on Tuesday, January 29, 2008, at 10:00 a.m.

19     The parties have previously agreed and so stipulated to

20 waive time for the preliminary hearing in order for counsel to

21 have sufficient time to review the discovery and evaluate the

22 prospect of pre-indictment resolution.

23     On December 20, 2007, counsel for all parties met and

24 conferred. Shortly thereafter, the government circulated a draft

25 version of a proposed plea agreement to each defendant through

26 their respective counsel.

27     The exclusion of additional time is likely to obviate the

28 need to consume judicial and public resources insofar as the

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1   parties believe in good faith that resolution is close at hand.

2      In light of the foregoing, all of the defendants agree to

3   waive the necessary additional time pursuant to Fed.R.Crim.P. 5

4   and 18 U.S.C. § 3161, the Speedy Trial Act, such that the pre-

5   liminary hearing be extended to February 26, 2008, at 10:00 a.m.

6      All of the defendants are out of custody on bond. Defen-

7   dants each have consulted with their attorneys and understand

8   that they have the right to a preliminary hearing or that

9   further charging documents be presented and filed with the Court

10  on the day of or before said preliminary hearing.  Pursuant to

11  Fed.R.Crim.P. 5.1(d), the defendants knowingly and voluntarily

12  waive their rights to a preliminary hearing on January 29, 2008,

13  and agree to extend the time for preliminary hearing until

14  February 26, 2008.

15     The parties jointly request that the time between January

16  29, 2008, and February 26, 2008, be excluded under the Speedy

17  Trial Clock to allow defendants' counsel to effectively prepare,

18  taking into account the exercise of due diligence.  See 18

19  U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties

20  agree that the "ends of justice served by the granting of such

21  continuance outweigh the best interests of the public and the

22  defendant[s] in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).

23

24

25

26

27

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331
28

2

1    For the foregoing reasons, the parties respectfully request

2    that the matter be continued from January 29, 2008, to February

3    26, 2008, at 10:00 a.m.

4    Dated: January 24, 2008

5
                                   Joseph P. Russoniello
6                                  United States Attorney

7
                                   /s/ SHASHI KEWALRAMANI
8                                  H.H. (SHASHI) KEWALRAMANI
                                   Assistant United States Attorney
9

10

11   /s/ SARA ZALKIN                        /s/
     SARA ZALKIN                            MICHAEL MARTIN
12   Attorney for MICHAEL MARTIN            Defendant

13
     /s/ RANDOLPH E. DAAR                   /s/
14   RANDOLPH E. DAAR                       JESSICA SANDERS
     Attorney for JESSICA SANDERS           Defendant
15

16   /s/ JEROME MATTHEWS                    /s/
     JEROME MATTHEWS                        MICHAEL ANDERSON
17   Attorney for MICHAEL ANDERSON          Defendant

18
     /s/  TED CASSMAN                       /s/
19   TED CASSMAN                            DIALLO McLINN
     LAUREL HEADLEY                         Defendant
20   Attorneys for DIALLO McLINN

21

22

23

24

25

26

27

28