LAW OFFICES OF CHARLES A. BONNER
1913 Bridgeway
Sausalito, CA 94965

Tel: (415) 331-3070
FAX (415) 331-2738
April 2, 2008

Hon. Judge Wayne D. Brazil
Oakland Federal Building
1301 Clay Street, Room 400 South Tower
Oakland, California 94612-5212

RE: **United States v. Diallo McLinn Case No: 4-07-MJ-70574 WDB**
**United States District Court, Northern District California**

Dear Hon Judge Brazil:

I am Charles A. Bonner, a member of the California State Bar since May of 1979. I am also a member of the following United States District Courts: California Central District; California Northern District; California Eastern District; California Southern District; New York Eastern Division; Middle District of Florida; and Oregon District Court. I have appeared before this court on several occasions.

Diallo McLinn is my God Child. I have known him almost all of his life. He and my children were raised in the same neighborhood, and frequently he and his mother, Ariska Razak, vacationed over the years with my family to such places as Lake Tahoe for week long ski trips. His father, Diallo, Sr.( A cameraman for Television ABC's Good Morning America Show) is one of my closest and best friends with whom I have traveled throughour East African, and more recently, through Brazil. I acknowledge and treat Diallo like my son; and I love and care for him dearly.

I am shocked, dismayed and disappointed that Diallo has involved himself in conduct that has resulted in his plea to misdemeanor aiding and abetting the possession of marijuana. He has been taught and knows the importance of obeying the law as he has been in about my law offices and in direct contract with me much of his childhood and a considerable time of his adult life. This incident in which he now finds himself represents a severe lapse in judgment, is totally uncharacteristic of him, and is rooted in misguided association with individuals of lesser character.

I assure this Court that Diallo is a good, honest, otherwise law abiding young man who is reliable and has great respect for the law. I will personally maintain close contact, and work with him to make sure he honors and fulfill all the terms and conditions which this Court sets for his probation.

He is a gifted and very created artist. He need to opportunity to repay society for his unacceptable conduct and to use his God given talent to contribute positively to our society and to the world community.

It is with my heart felt plea that I request that this Honorable Court to grant probation to Diallo as I will embed myself in his life to help guarantee that he successfully discharge all the terms and

conditions of his probation.

          Very truly yours,

          LAW OFFICES OF BONNER AND. BONNER

          Charles A. Bonner
          California State Bar No 85413